FILED

2020 JAN 10 PM 1: 03

U.S. MAGISTRATE JUDGE

BY_____

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  BRIAN WHANG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Ste. 1100
   Las Vegas, Nevada 89101
5  Phone: (702) 388-6336
   brian.whang@usdoj.gov
6
   *Representing the United States of America*
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| 9  UNITED STATES OF AMERICA, | **COMPLAINT** |
| 10         Plaintiff, | **Magistrate No.**   2:20-mj-00010-DJA |
| 11    v. | **VIOLATION:** 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm. |
| 12  ROBERT ISAIAH MARSHALL, | |
| 13         Defendant. | |

15    BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned

16  Complainant, being duly sworn, deposes and states:

17                           **Count One**
                   *(Felon in Possession of a Firearm)*
18

19    On or about January 8, 2020, in the State and Federal district of Nevada,

20                **ROBERT ISAIAH MARSHALL,**

21  defendant herein, knowing he had been convicted of a crime punishable by imprisonment for

22  a term exceeding one year in the State of Nevada, to wit: Burglary, in the Eighth Judicial

23  District Court for Clark County Nevada, on or about August 17, 2015, in Case No. C-15-

24  307239-1; Ownership or Possession of a Firearm by a Prohibited Person, in the Eighth

1 | Judicial District Court for Clark County Nevada, on or about August 17, 2015, in Case No.

2 | C-15-307241-1; Attempt Possession of a Firearm by a Convicted Felon, in the Eighth Judicial

3 | District Court for Clark County Nevada, on or about April 24, 2012, in Case No. C-11-

4 | 278508-1; and Attempt Possession of a Stolen Firearm, in the Eighth Judicial District Court

5 | for Clark County Nevada, on or about August 30, 2007, in Case No. C-07-233821-1, did

6 | knowingly possess a firearm, to wit: Taurus, model PT111, 9mm, semi-automatic pistol

7 | bearing serial number TKZ56902, said possession being in and affecting interstate commerce

8 | and said firearm having been shipped and transported in interstate commerce, all in violation

9 | of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

10 |     1.      Your Complainant is a Special Agent with the Federal Bureau of Investigation

11 | (FBI) currently assigned to the Las Vegas, Nevada Division and have been so employed for

12 | over 10 years.  Prior to this, your Complainant was employed for over five years as a Deputy

13 | Sheriff and Detective with the Orange County Sheriff's Office (Florida).  Your Complainant

14 | is currently assigned to the FBI's Criminal Apprehension Team (CATs) and is responsible for

15 | investigating a variety of violent crimes, to include bank robbery, kidnapping, extortion,

16 | robbery, carjackings, assaults and murders of federal officers, racketeering related violent

17 | offenses, and domestic and international fugitive matters.  Your Complainant has experience

18 | in conducting criminal investigations, including the investigation of criminal groups and

19 | conspiracies as well as the collection of evidence and the identification and use of witnesses,

20 | and he is authorized by law to make arrests in connection with violations of federal law.

21 |     2.      The following information contained within this criminal complaint is based

22 | upon your Complainant's participation in this investigation or was provided to him by other

23 | law enforcement personnel.  All times noted are approximate.

24 | . . .

2

## FACTS ESTABLISHING PROBABLE CAUSE

3.      On January 8, 2020, members of the FBI's Criminal Apprehension Team (CATs) were conducting physical surveillance of a vehicle believed to be occupied by Robert Isaiah Marshall (hereinafter "Marshall"). Marshall was the subject of an arrest warrant issued in Las Vegas Justice Court charging him with Assault with a Deadly Weapon and Prohibited Person in Possession of a Firearm and the CAT task force had been seeking to arrest him since late-2019. The vehicle was followed continuously until it arrived at the Chevron station located at 1003 East Lake Mead Boulevard. A man matching Marshall's description was observed exiting the vehicle and entering the Chevron. The vehicle was observed parking next to a fuel pump.

4.      A short time later, the man, now positively identified as Marshall, was seen exiting the Chevron station and reentering the vehicle. The vehicle was blocked in by law enforcement vehicles and Marshall was ordered out of the passenger seat of the vehicle. He was thereafter taken into custody without incident. When he was being secured with handcuffs Marshall spontaneously stated to your Complainant and Task Force Officer (TFO) Troy Radke "I have a gun in my pocket." Your Complainant could see a noticeable heavy item weighing down the left side of Marshall's coat.

5.      TFO Randy Dockery removed the item from Marshall's coat pocket and it was found to be a loaded silver and black semi-automatic pistol. Closer inspection revealed the firearm to be a Taurus, model PT111, 9mm, semi-automatic pistol bearing serial number TKZ56902. The firearm was secured in an evidence bag and impounded in LVMPD's evidence. Marshall was transported to the Clark County Detention Center (CCDC) and booked on his open arrest warrant.

6.      Based on your Complainant's training and experience, he has a reasonable belief that the Taurus, model PT111, 9mm, semi-automatic pistol bearing serial number TKZ56902, described herein has been shipped and transported in interstate commerce as that term is defined in 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## CONCLUSION

7.      Your Complainant has reviewed Marshall's criminal history and that review revealed that he has a prior convictions for Burglary, in the Eighth Judicial District Court for Clark County Nevada, on or about August 17, 2015, in Case No. C-15-307239-1; Ownership or Possession of a Firearm by a Prohibited Person, in the Eighth Judicial District Court for Clark County Nevada, on or about August 17, 2015, in Case No. C-15-307241-1; Attempt Possession of a Firearm by a Convicted Felon, in the Eighth Judicial District Court for Clark County Nevada, on or about April 24, 2012, in Case No. C-11-278508-1; and Attempt Possession of a Stolen Firearm, in the Eighth Judicial District Court for Clark County Nevada, on or about August 30, 2007, in Case No. C-07-233821-1.  Your Complainant has learned that these are felony offenses in the State of Nevada, and they are punishable by a term of imprisonment exceeding one year.  The defendant pled guilty to each of the above referenced offenses, and the defendant was aware at the time that he pled guilty that the offense to which he was pleading guilty was a felony offense.

**[remainder of this page left blank]**

4

8.    Based on the above facts and circumstances, your Complainant believes there is probable cause that that Robert Isaiah Marshall, Defendant, did violate 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm.

Respectfully submitted,

Christopher W. McPeak, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN to before me this _____ day of January, 2020.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE